| | | | |
|---|---|---|---|
| 3UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 11/19/09 |
| | U.S. MAGISTRATE JUDGE | TIME: | 10:00 AM |

*Reyes -v- Nassau County, et al.*, **CV 08-4905 (LDW) (AKT)**

TYPE OF CONFERENCE: TELEPHONE CONFERENCE

APPEARANCES:   Plaintiff     Steven A. Morelli

   Defendant     Gerald C. Waters

THE FOLLOWING RULINGS WERE MADE:

1. Today's conference was scheduled pursuant to Defendants' Motion [DE 18], made on behalf of all parties, for an extension of the pretrial deadlines. After hearing from the parties, I find that "good cause" has been shown for the requested extension and therefore I am GRANTING Defendants' motion.

2. The pretrial deadlines are hereby extended as follows:

   • All discovery, including production of all expert reports, if any, to be completed by:    January 11, 2010

   • Dispositive motion process started by:    January 25, 2010

   • Joint Pretrial Order due by:    February 8, 2010

   • Pretrial Conference:    February 12, 2010 at 11:00 a.m.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge